UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH TRULL,<br><br>  Plaintiff,<br><br>v.<br><br>MATTRESS GIANT CORPORATION,<br><br>  Defendant. | Civil Action No. 05-11306RGS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Mattress Giant Corporation files this Corporate Disclosure Statement:

1. Mattress Giant Acquisition Corporation owns 100% of the stock of Mattress Giant Corporation and Mattress Giant Holding Corporation owns 100% of Mattress Giant Acquisition Corporation; and

2. No publicly traded company directly owns 10% or more of Mattress Giant Corporation's stock.

Respectfully submitted,

MATTRESS GIANT CORPORATION

By its attorneys,

**HOLLAND & KNIGHT LLP**

_____
Liam T. O'Connell (BBO# 558249)
Maura Gerhart (BBO# 654695)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: June 28, 2005

# 3026622_v1