UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RALPH TRULL,

        Plaintiff,

v.

MATTRESS GIANT CORPORATION,

        Defendant.

Civil Action No. 05-11306RGS

**DEFENDANT MATTRESS GIANT CORPORATION'S**
**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Mattress Giant Corporation and its counsel affirm that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| MATTRESS GIANT CORPORATION, | COUNSEL FOR MATTRESS GIANT CORPORATION, |
|---|---|
| By: Brenda Alonso<br>Vice President – Human Resources<br>Mattress Giant Corporation | Liam T. O'Connell (BBO #558429)<br>Maura J. Gerhart (BBO #654695)<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, Massachusetts 02116<br>(617) 523-2700 |

Dated: September 21, 2005
# 3238907_v1