UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RALPH TRULL,

    Plaintiff,

v.

MATTRESS GIANT CORPORATION,

    Defendant.

Civil Action No. 05-11306RGS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Mass. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated by and among the parties hereto that the above action shall be dismissed with prejudice, without costs, and with all rights of appeal waived.

Respectfully submitted,

| RALPH TRULL, | MATTRESS GIANT CORPORATION, |
|---|---|
| By his attorney, | By its attorneys,<br>HOLLAND & KNIGHT LLP |
| _____<br>Gregory M. Doyle (BBO #567016)<br>Attorney at Law<br>4 Pearl Street<br>Dedham, MA 02026<br>(781) 326-4733 | _____<br>Liam T. O'Connell (BBO #558429)<br>Maura J. Gerhart (BBO #654695)<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: July 25, 2006

# 3925096_v1